UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNBELT RENTALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> THOMAS DUBIEL, <br><br> Defendant. | Case No.: 3:20-cv-00876-WQH-BGS <br><br> **ORDER** |

HAYES, Judge:

The matter before the Court is the Motion for Attorneys' Fees filed by Plaintiff Sunbelt Rentals, Inc. against Defendant Thomas Dubiel. (ECF No. 10).

I. PROCEDURAL BACKGROUND

Plaintiff Sunbelt Rentals, Inc. "is a corporation formed under the laws of North Carolina" with "[i]ts principal place of business [ ] in South Carolina." (ECF No. 1 at 1). Defendant Thomas Dubiel "is an adult resident citizen of the State of California." *Id*.

Plaintiff "rents equipment to its customers for use primarily in construction projects." *Id*. at 2; *see* Beckner Decl. ¶ 4, ECF No. 7-3 at 1. "Beginning in October 2019, [Plaintiff] rented certain equipment . . . to [Defendant] for use on a construction project." (ECF No. 1 at 2; *see* Beckner Decl. ¶ 6, ECF No. 7-3 at 2). Defendant has "failed to . . . fully pay the rental fees for the [e]quipment." (ECF No. 1 at 2; *see* Beckner Decl. ¶ 7, ECF No. 7-3 at 2). "[A]s of April 24, 2020, the total unpaid principal amount . . . is $82,495.32 . . . ." (ECF No. 1 at 2; *see* Beckner Decl. ¶ 9, ECF No. 7-3 at 2). "The [r]ental [c]ontract provides that [Plaintiff] can recover from [Defendant] the reasonable attorneys' fees and costs it incurs to collect amounts [Defendant] owes [Plaintiff]." (ECF No. 1 at 2). "The

[r]ental [c]ontract also provides that [Defendant] must pay a 1.5% per month service charge on all delinquent amounts owed to [Plaintiff] until those amounts are paid." *Id*. The "accrued interest/service charges of 1.5% through July 8, 2020 total[ ] $7,894.41." (Beckner Decl. ¶ 10, ECF No. 7-3 at 2).

On May 11, 2020, Plaintiff initiated this action by filing a Complaint against Defendant for breach of contract. (ECF No. 1). On July 7, 2020, Plaintiff filed a Request for an Entry of Default. (ECF No. 5). On the same day, the Clerk of the Court granted Plaintiff's Request for an Entry of Default. (ECF No. 6). On July 17, 2020, Plaintiff filed a Motion for Default Judgment against Defendant. (ECF No. 7). On September 3, 2020, the Court granted Plaintiff's a Motion for Default Judgment against Defendant. (ECF No. 8). The Court stated, in relevant part, "Defendant Thomas Dubiel is liable for . . . Plaintiff's reasonable and necessary attorneys' fees and costs, the amount of which the Court will determine in response to a Plaintiff post-judgment motion under Federal Rule of Civil Procedure 54(d)." *Id*. at 7. The Court further stated that "Plaintiff Sunbelt Rentals, Inc. shall submit evidence supporting its request for attorneys' fees and costs within 10 days of the date of this Order." *Id*. at 8. On the same day, the Clerk of the Court entered Default Judgment in favor of Plaintiff and against Defendant. (ECF No. 9). On September 14, 2020, Plaintiff filed a Motion for Attorneys' Fees (ECF No. 10) and a Bill of Costs (ECF No. 11). The record reflects that no Response in opposition to Plaintiff's Motion for Attorneys' Fees (ECF No. 10) or Bill of Costs (ECF No. 11) has been filed.

**II.   DISCUSSION**

Plaintiff requests "attorneys' fees in the amount of $10,812.00 . . . ." (ECF No. 10 at 2). Federal Rule of Civil Procedure 54(d)(2)(B) states that

> (B) Timing and Contents of the Motion. Unless a statute or a court order provides otherwise, the motion [for attorneys' fees] must:
> (i) be filed no later than 14 days after the entry of judgment;
> (ii) specify the judgment and the statute, rule, or other grounds entitling the movant to the award;
> (iii) state the amount sought or provide a fair estimate of it; and

(iv) disclose, if the court so orders, the terms of any agreement about fees for the services for which the claim is made.

Fed. R. Civ. P. 54(d)(2)(B).

Plaintiff's attorney states in a sworn declaration that her "hourly rate in representing [Plaintiff] in this matter is $335.00." Blake Decl. ¶ 4, ECF No. 10-3 at 2. Plaintiff's attorney states that she "supervised attorneys Brian Kimball, Kate Van Namen, and Caroline Smith and paralegal Cindy Grantham." *Id*. ¶ 5, ECF No. 10-3 at 2. Plaintiff's attorney states that "Brian C. Kimball is a partner" whose "hourly rate in representing [Plaintiff] in this matter is $405.00 per hour, which is commensurate with his hourly rate for representing clients across the United States." *Id*. ¶ 6, ECF No. 10-3 at 2. Plaintiff's attorney states that "Kate Van Namen is an associate" whose "hourly rate in representing [Plaintiff] in this matter is $330.00 per hour, which is commensurate with his hourly rate for representing clients across the United States." *Id*. ¶ 7, ECF No. 10-3 at 2. Plaintiff's attorney states that "Caroline B. Smith is a litigation associate" whose "hourly rate in representing [Plaintiff] in this matter is $275.00 per hour, which is commensurate with her hourly rate for representing clients across the United States." *Id*. ¶ 8, ECF No. 10-3 at 2-3. Plaintiff's attorney states that "Cindy Grantham is a litigation paralegal" whose "hourly rate for her work on this matter is $215.00 per hour, which is commensurate with her hourly rate for the work she performs on behalf of clients across the United States." *Id*. ¶ 9, ECF No. 10-3 at 3.

Plaintiff's attorney states that her law firm "billed [Plaintiff] based on the actual time spent on this case by . . . attorneys and paraprofessionals at the hourly rate then in effect, and it applied a discount to each invoice issued to [Plaintiff]." *Id*. ¶ 10, ECF No. 10-3 at 3. Plaintiff's attorney states that her law firm "billed a total of $10,812.00 in hourly rates for services it rendered from April 1, 2020, to through July 17, 2020, after applying discounts totaling $2,580.00." *Id*. ¶ 11, ECF No. 10-3 at 3. The May 21, 2020 invoice lists Brian C. Kimball as having worked 4.50 hours at a rate of $405.00 per hour and Caroline B. Smith as having worked 3.40 hours at a rate of $275.00 per hour. *See* Ex. A to Blake

Decl., ECF No. 10-4 at 2. The June 29, 2020 invoice lists Brian C. Kimball as having worked 4.90 hours at a rate of $405.00 per hour, Caroline B. Smith as having worked 2.30 hours at a rate of $275.00 per hour, Kate Van Namen as having worked 0.20 hours at a rate of $330.00 per hour, and Cindy Grantham as having worked 7.00 hours at a rate of $215.00 per hour. *See id.* at 5. The July 14, 2020 invoice lists Brian C. Kimball as having worked 1.00 hours at a rate of $405.00 per hour, Caroline B. Smith as having worked 6.30 hours at a rate of $275.00 per hour, and Cindy Grantham as having worked 0.50 hours at a rate of $215.00 per hour. *See id.* at 7. The August 31, 2020 invoice lists Brian C. Kimball as having worked 3.30 hours at a rate of $405.00 per hour, Caroline B. Smith as having worked 7.80 hours at a rate of $235.00 per hour, and Cindy Grantham as having worked 4.80 hours at a rate of $215.00 per hour. *See id.* at 11.

The Court finds that the hourly rates are reasonable and that the hours expended in this matter are reasonable. The Court finds that Plaintiff's requested attorneys' fees amount requires no adjustments. *See e.g.*, *Xerox Corp. v. Argo Nat. Health Labs, Inc.*, No. 14CV1621-WQH-WVG, 2015 WL 13105721, at *1 (S.D. Cal. Jan. 2, 2015) (same); *see also Miller v. Los Angeles Cty. Bd. of Educ.*, 827 F.2d 617, 621 (9th Cir. 1987) (explaining that an award of attorneys' fees requires "a lodestar figure: the number of hours reasonably expended on the litigation multiplied by a reasonable hourly rate" adjusted by the factors laid out in *Kerr v. Screen Extras Guild, Inc.*, 526 F.2d 67 (9th Cir. 1975)). Plaintiff's request for attorneys' fees is granted in the amount of $10,812.00.

**III. CONCLUSION**

IT IS HEREBY ORDERED that the Motion for Attorneys' Fees filed by Plaintiff Sunbelt Rentals, Inc. against Defendant Thomas Dubiel (ECF No. 10) is GRANTED. Plaintiff Sunbelt Rentals, Inc. is entitled to an award of attorneys' fees in the amount of $10,812.00. The Clerk of the Court shall issue an Amended Judgment to include attorneys' fees in the amount of $10,812.00.

IT IS FURTHER ORDERED that the Bill of Costs filed by Plaintiff Sunbelt Rentals, Inc. against Defendant Thomas Dubiel (ECF No. 11) is referred to the Clerk of the Court.

Dated: October 26, 2020

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court